## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

157 A.3d 475

Derek BADE

v.

Roberto PICONE i/t/a La Dolce Casa t/a DiMaggio's; Cesare Picone i/t/a La Dolce Casa t/a DiMaggio's; Matthew W. Jones i/t/a La Dolce Casa t/a DiMaggio's; Alfonso Picone i/t/a La Docle Casa t/a DiMaggio's; Salvatore Picone i/t/a La Dolce Casa t/a DiMaggio's; Maria Picone i/t/a La Dolce Casa t/a DiMaggio's; Josephine Picone i/t/a La Dolce Casa t/a DiMaggio's; Eleonora Picone i/t/a La Dolce Casa t/a DiMaggio's; Josh Moyer; Alfonso Difiore (d/b: 6/21/87) a/k/a Little Alfie; Alfonso Difiore (d/b 7/23/66); Patricia Difiore; and DiMaggio's Pizza, Inc. c/o Cesare Picone, President

v.

Chanita Guerrero

Derek Bade

v.

Chanita Guerro

Petition of: Derek Bade

No. 265 MAL 2016

Supreme Court of Pennsylvania.

September 8, 2016

524

**ORDER**

PER CURIAM

**AND NOW,** this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

157 A.3d 476

**Joy JACOBS, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

**No. 112 EM 2016**

Supreme Court of Pennsylvania.

September 9, 2016

**ORDER**

PER CURIAM

**AND NOW,** this 9th day of September, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DENIED.**